# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

SHAQUIESHA CUBBY,

    Plaintiff,

v.                              Case No: 8:20-cv-1140-T-30AEP

BODY LLC,

    Defendant.

## ORDER

THIS CAUSE comes before the Court on the Joint Motion for Approval of Proposed Settlement of Claims Brought Pursuant to 29 U.S.C. § 206 of the Fair Labor Standards Act and Stipulation for Dismissal (Dkt. 9).   Upon review and consideration, it is therefore

ORDERED AND ADJUDGED that:

1. The Joint Motion for Approval of Proposed Settlement of Claims Brought Pursuant to 29 U.S.C. § 206 of the Fair Labor Standards Act and Stipulation for Dismissal (Dkt. 9) is GRANTED.

2. The settlement is approved.

3. This action is DISMISSED WITH PREJUDICE as to Counts II and III.

**DONE** and **ORDERED** in Tampa, Florida, this 16th day of July, 2020.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record