UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SHAQUIESHA CUBBY,

    Plaintiff,

v.  CASE NO.: 8:20-cv-1140

BODY LLC d/b/a BODY NUTRITION

    Defendant.
_____/

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

Plaintiff, SHAQUIESHA CUBBY, and Defendant, BODY LLC d/b/a BODY NUTRITION, by and through their respective undersigned counsel, hereby stipulate to the dismissal of this matter including any and all claims of Plaintiff, whether or not asserted, with prejudice in accordance with Federal Rule of Civil Procedure 41(a), with each party to bear its own attorneys' fees and costs.

Dated this 20th day of August, 2020.

| | |
|---|---|
| Moran Kidd Lyons Johnson Garcia, P.A.<br>111 North Orange Avenue,<br>Suite 900<br>Orlando, Florida 32802-0472<br>Telephone: (407) 841-4141<br>Facsimile: (407) 841-4148 | WENZEL FENTON CABASSA, P.A.<br>1110 North Florida Avenue<br>Suite 300<br>Tampa, Florida 33602<br>Telephone: 813-224-0431<br>Facsimile: 813-229-8712 |
| BY: */s/ Christopher R. Parkinson*<br>    Christopher R. Parkinson<br>    Florida Bar Number: 112114<br>    E-mail: cparkinson@morankidd.com<br>    Counsel for Defendant | BY: */s/Brandon J. Hill*<br>    Brandon J. Hill<br>    Florida Bar Number: 0053643<br>    E-mail: bhill@wfclaw.com<br>    Counsel for Plaintiff |